Dismissed and Memorandum Opinion filed April 19, 2007








Dismissed
and Memorandum Opinion filed April 19, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00284-CV

____________

 

MEGAN COLLEEN HARVEY-ARMSTRONG,
Appellant

 

V.

 

TOM DENNIS ARMSTRONG, SR., Appellee

 



 

On Appeal from the County Court at Law No. 1

Galveston County,
Texas

Trial Court Cause No. 06FD0228

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 14, 2006.  On April 11, 2007, appellant
filed a motion to dismiss the appeal because the case has been settled. See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed April
19, 2007.

Panel consists of Justices Yates, Edelman, and Seymore.